IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

      Plaintiff,

v.                          NO.   04-3003-DP
                                         JURY DEMANDED

MOHAMAD J. AKBIK, M.D.; et al.

      Defendants.

FILED BY _____ D.C.
05 JUN 30 PM 2: 41
THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

ORDER GRANTING PLAINTIFF'S MOTION TO
AMEND THE SCHEDULING ORDER

It having come before the Court on Plaintiff's Motion to Amend the Scheduling Order, and the Court having found no opposition to said motion, and further finding that said motion is well taken and should be granted, it is, hereby,

ORDERED, ADJUDGED AND DECREED, pursuant to FED. R. CIV. P. 16, that the Scheduling Order shall be and hereby is amended to reflect that the parties shall have additional time up to and including October 3, 2005, to file motions to amend the pleadings.

_____
~~BERNICE B. DONALD~~ Tu M. Pham
United States ~~District Court~~ Judge
        Magistrate

June 30, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT