IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LUCILLE PITTMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>04-3003-D/P</u> |
| | ) | |
| MOHAMAD J. AKBIK, M.D., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT DMC-MEMPHIS, INC.,
D/B/A DELTA MEDICAL CENTER'S MOTION FOR LEAVE TO AMEND ITS ANSWER**

Before the court is defendant DMC-Memphis, Inc. d/b/a Delta Medical Center's Motion for Leave to Amend its Answer, filed June 3, 2005 (Dkt #30). According to the Certificate of Consultation, all parties except defendant Dr. Vandeven have approved the amended answer. Local Rule 7.2(a)(2) requires that

> The response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___7-1-05___

35

None of the parties have filed a response to the motion for leave to amend its answer.  Therefore, the motion is GRANTED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_June 30, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT