IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

    Plaintiff,

v.   NO.   04-3003-DP
                    JURY DEMANDED

MOHAMAD J. AKBIK, M.D.;
MOHAMAD J. AKBIK, M.D., P.C.;
GREGORY EUGENE VANDEVEN, M.D.;
SARAH GRIFFIN, R.N.;
KAREN FRANKLIN, L.P.N.;
KATHY WESSELS, R.N.; and
DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL CENTER,

    Defendants.

## MOTION TO AMEND THE RULE 16(b) SCHEDULING ORDER

COMES NOW the plaintiff, LUCILLE PITTMAN (hereinafter referred to as "Plaintiff"), by and through her Next Friend and Power of Attorney, VIOLA P. SYKES, pursuant to FED. R. CIV. P. 16, and moves this Court to amend the Rule 16(b) Scheduling Order to include the following deadlines:

COMPLETING ALL WRITTEN DISCOVERY:

    (a)    DOCUMENT PRODUCTION: January 15, 2006

    (b)    INTERROGATORIES AND REQUESTS FOR ADMISSION: January 15, 2006

    (c)    DEPOSITIONS: January 15, 2006

    (d)    EXPERT WITNESS DISCLOSURE (Rule 26):

**MOTION GRANTED**
DATE: 8-30-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: November 15, 2005

(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: January 15, 2006

(3) EXPERT WITNESS DEPOSITIONS:
Plaintiff's Expert(s) – December 15, 2005
Defendants' Expert(s) – February 15, 2006

(4) PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURES: March 15, 2006

Plaintiff relies on the Memorandum of Law filed in Support of said Plaintiff's Motion to Amend the Rule 16(b) Scheduling Order and Certificate of Consultation which reflects that there is no objection to the motion by counsel for the defendants herein.

Respectfully submitted:

THE COCHRAN FIRM – MEMPHIS
One Commerce Square, Suite 2600
Memphis, Tennessee 38103
(901) 523.1222 – telephone
(901) 523.1999 – facsimile

By: _____
W. Bryan Smith (TNBPR No. 18230)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT