IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

    Plaintiff,

v.

MOHAMAD J. AKBIK, M.D.;
MOHAMAD J. AKBIK, M.D., P.C.;
GREGORY EUGENE VANDEVEN, M.D.;
SARAH GRIFFIN, R.N.;
KAREN FRANKLIN, L.P.N.;
KATHY WESSELS, R.N.; and
DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL CENTER,

    Defendants.

NO.  04-3003-DP
JURY DEMANDED

## ORDER GRANTING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S REPLY TO MOTION OF DEFENDANT GREGORY E. VANDEVEN, M.D. FOR SUMMARY JUDGMENT

Pursuant to FED. R. CIV. P. 6(b) and Local Rule 7.2, and for good cause shown, the Motion for Extension of Time Within Which to File Plaintiff's Reply to Motion of Defendant Gregory E. Vandeven, M.D. for Summary Judgment is herby GRANTED. Plaintiff has up to and including Friday, October 21, 2005, within which to file her reply to the pending Motion of Defendant Gregory E. Vandeven, M.D. for Summary Judgment.

IT IS SO ORDERED this the 31 day of August, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and /9(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT