IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

    Plaintiff,

v.                         NO.   04-3003-DP
                                      JURY DEMANDED

MOHAMAD J. AKBIK, M.D.;
MOHAMAD J. AKBIK, M.D., P.C.;
GREGORY EUGENE VANDEVEN, M.D.;
SARAH GRIFFIN, R.N.;
KAREN FRANKLIN, L.P.N.;
KATHY WESSELS, R.N.; and
DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL CENTER,

    Defendants.



### UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S REPLY TO MOTION OF DEFENDANTS MOHAMAD J. AKBIK, M.D. AND MOHAMAD J. AKBIK, M.D., P.C. FOR SUMMARY JUDGMENT

COMES NOW the plaintiff, LUCILLE PITTMAN (hereinafter referred to as "Plaintiff"), by and through her Next Friend and Power of Attorney, VIOLA P. SYKES, pursuant to FED. R. CIV. P. 6(b) and Local Rule 7.2, and moves this Court for an extension of time, up to and including Monday, September 26, 2005, for Plaintiff to file her reply to the Motion of Defendants Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C. for Summary Judgment.

In support of this motion, Plaintiff relies on the supporting memorandum of law and certificate of consultation filed contemporaneously herewith.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/12/05

**MOTION GRANTED**
DATE: 9-8-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

Respectfully submitted:

THE COCHRAN FIRM – MEMPHIS
One Commerce Square, Suite 2600
Memphis, Tennessee 38103
(901) 523.1222 – telephone
(901) 523.1999 – facsimile

By: _____
W. Bryan Smith (TNBPR No. 18230)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded U.S. Mail postage prepaid to William H. Haltom, Jr., Thomason, Hendrix, Harvey, Johnson & Mitchell, 2900 One Commerce Square, Memphis, TN 38103; Michael Robb, Esq., Thomason, Hendrix, Harvey, Johnson & Mitchell, 2900 One Commerce Square, Memphis, TN 38103; Thomas Pinckney, Esq., Howell & Fisher, PLLC, Court Square Building, 300 James Robertson Parkway, Nashville, TN 37201; and Jerry Potter, Esq., The Hardison Law Firm, 119 So. Main, Suite 300, Memphis, TN 38103, on this the 8th day of September, 2005.

_____
W. Bryan Smith

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT