IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

    Plaintiff,

v.                                              NO.   04-3003-DP
                                                      JURY DEMANDED
MOHAMAD J. AKBIK, M.D.; et al.

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINE FOR AMENDING PLEADINGS

It having come before the Court on Unopposed Motion to Extend Deadline for Amending Pleadings, and the Court having found no opposition to said motion, and further finding that said motion is well taken and should be granted, it is, hereby,

ORDERED, ADJUDGED AND DECREED, pursuant to FED. R. CIV. P. 16, that the parties shall have additional time up to and including November 4, 2005, to file motions to amend the pleadings.

~~BERNICE B. DONALD~~ Tu M. Pham
United States ~~District Court~~ Judge
Magistrate

October 4, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10/4/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT