IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 17 PM 3:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LUCILLE PITTMAN, by and through her Next Friend and Attorney-in-Fact, VIOLA P. SYKES, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Civ. No. 04-3003-D/P |
| MOHAMAD J. AKBIK, M.D., et al., | )<br>) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT KAREN FRANKLIN, L.P.N.

Before the court is Plaintiff's Motion to Compel Discovery Responses from Defendant Karen Franklin, L.P.N., filed September 23, 2005 (Dkt #68). Local Rule 7.2(a)(2) requires that

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The time for filing a response to plaintiff's motion to compel has passed. Therefore, the motion is GRANTED.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-17-06

79

Defendant Karen Franklin shall respond to plaintiff's interrogatories and requests for production within eleven (11) days from the date of this order.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

October 17, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 79 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT