IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 NOV -8 PM 2: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF _____ MPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

     Plaintiff,

v.

MOHAMAD J. AKBIK, M.D.;
MOHAMAD J. AKBIK, M.D., P.C.;
GREGORY EUGENE VANDEVEN, M.D.;
SARAH GRIFFIN, R.N.;
KAREN FRANKLIN, L.P.N.;
KATHY WESSELS, R.N.; and
DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL CENTER,

     Defendants.

NO.   04-3003-DP
JURY DEMANDED

---

## ORDER GRANTING MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

---

Pursuant to FED. R. CIV. P. 16, and for good cause shown, the Motion to Amend the Rule

16(b) Scheduling Order is herby GRANTED. The Rule 16(b) Scheduling Order shall be and

hereby is amended as follows:

AMDENDING PLEADINGS: December 4, 2005

COMPLETING ALL DISCOVERY:

   (a)   DOCUMENT PRODUCTION: January 15, 2006

   (b)   INTERROGATORIES AND REQUESTS FOR
        ADMISSIONS: January 15, 2006

   (c)   DEPOSITIONS (Other than expert witnesses): March 15, 2006

   (d)   EXPERT WITNESS DISCLOSURE (Rule 26):

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



(1)  DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:
     December 30, 2005

(2)  DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT
     INFORMATION:  February 28, 2006

(3)  EXPERT WITNESS DEPOSITIONS:
     Plaintiff's Expert(s) – January 30, 2006
     Defendants' Expert(s) – March 30, 2006

(4)  PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURES:
     April 14, 2006

IT IS SO ORDERED this the ___7___ day of __November__ , 2005.


U.S. ~~DISTRICT COURT~~ JUDGE
       Magistrate

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 97 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

Honorable Bernice Donald
US DISTRICT COURT