IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

    Plaintiff,

v.

MOHAMAD J. AKBIK, M.D.;
MOHAMAD J. AKBIK, M.D., P.C.;
GREGORY EUGENE VANDEVEN, M.D.;
SARAH GRIFFIN, R.N.;
KAREN FRANKLIN, L.P.N.;
KATHY WESSELS, R.N.; and
DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL CENTER,

    Defendants.

NO.  04-3003-D/P
JURY DEMANDED

## ORDER GRANTING SUMMARY JUDGMENT MOTION OF DEFENDANT MOHAMAD J. AKBIK, M.D. AND MOHAMAD J. AKBIK, M.D., P.C.

On the 10th day of November, 20 05, the Motion for Summary Judgment and Motion to Dispose of Dr. Akbik's Motion for Summary Judgment on behalf of Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C., came before the Court. From the Memoranda and other documents filed in support of said motions, and based on the absence of any opposition to the Motion to Dispose of Motion for Summary Judgment of Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C., by plaintiff or any co-defendant, and upon the entire record in this case, the Court finds that the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

1

Motion for Summary Judgment on Behalf of Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C. is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion for Summary Judgment on Behalf of Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C. be and is hereby granted and therefore the Plaintiff's Complaint is dismissed on the merits as to Defendants Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C., with prejudice. The Court specifically directs that the judgment as to Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C., be designated as a final judgment, there being no just reason for delay. The Clerk's costs of this action are to be reserved and assessed as appropriate at the outcome of the remainder of this case, however, in no event, shall any costs be assessed against Defendants Mohamad J. Akbik, M.D. and Mohamad J. Akbik, M.D., P.C.

JUDGE

DATED: November 10, 2005

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document has been properly served upon Mr. W. Bryan Smith, The Cochran Law Firm, 2600 One Commerce Square, Memphis, TN 38103, Thomas Pinckney, Attorney at Law, 300 James Robertson Parkway, Nashville, TN 37201, Jerry Potter, Attorney at Law, 119 South Main, Suite 300, Memphis, TN 38103 and William Haltom, Attorney at Law, 2900 One Commerce Square, Memphis, TN 38103 via U.S. Mail, postage prepaid, this 3rd day of Nov, 2005.

Marcy L. Dodds

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Thomas M. Pinckney
HOWELL & FISHER
300 James Robertson Parkway
Nashville, TN 37201

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT