IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

FILED BY ___ D.C.
05 DEC 23 AM 9: 43
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

    Plaintiff,

v.                               NO.  04-3003-DP
                                           JURY DEMANDED

MOHAMAD J. AKBIK, M.D.; et. al,

    Defendants.

---

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO FILE PLAINTIFF'S REPLY TO MOTION OF DEFENDANT KATHY
WESSELS, R.N. TO DISMISS/FOR SUMMARY JUDGMENT AND REPLY TO MOTION
OF DEFENDANT GREGORY E. VANDEVEN, M.D. FOR SUMMARY JUDGMENT

---

Pursuant to FED. R. CIV. P. 6(b) and Local Rule 7.2, and for good cause shown, the Motion for Extension of Time within Which to File Plaintiff's Reply to Motion of Defendant Kathy Wessels, R.N. to Dismiss/for Summary Judgment and Reply to the Motion of Defendant Gregory E. Vandeven, M.D. for Summary Judgment is hereby GRANTED. Plaintiff has up to and including February 15, 2006, within which to file her reply to the pending motions to dismiss and/or for summary judgment.

IT IS SO ORDERED this the 22 day of December, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/27/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas M. Pinckney
HOWELL & FISHER, PLLC
300 James Robertson Parkway
Nashville, TN 37201

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT