IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 DEC 29 AM 7: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LUCILLE PITTMAN, by and through her Next Friend and Attorney-in-Fact, VIOLA P. SYKES, ) ) ) ) | |
| v. ) ) | No. 04-3003-DP<br>JURY DEMAND |
| MOHAMAD J. AKBIK, M.D.; MOHAMAD J. AKBIK, M.D., P.C.; GREGORY EUGENE VANDEVEN, M.D.; SARAH GRIFFIN, R.N., KAREN FRANKLIN, L.P.N., KATHY WESSELS, R.N. and DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL CENTER ) ) ) ) ) ) ) ) | |

## AGREED ORDER OF SUBSTITUTION

As indicated by the signatures of counsel below, the parties are in agreement that Richard Underwood and Heber Simmons should be substituted for Thomas Pinckney as the attorneys for DMC-Memphis, Inc. d/b/a Delta Medical Center and Sarah Griffin, R.N., defendants in the above-captioned cause.

Accordingly, the Court ORDERS that Richard Underwood and Heber Simmons are substituted for Thomas Pinckney as counsel for DMC-Memphis, Inc. d/b/a Delta Medical Center and Sarah Griffin, R.N. Pinckney will remain as attorney for Karen Franklin.

IT IS SO ORDERED.

ENTERED this the ___ day of _____, 2005.

JUDGE BERNICE B. DONALD

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/29/05

-1-

109

**APPROVED FOR ENTRY:**

*Thomas Pinckney w/ perm.*
Thomas Pinckney, #11099
Attorney for Sarah Griffin, R.N.,
Karen Franklin, L.P.N. and
DMC-Memphis, Inc. d/b/a
Delta Medical Center
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201
615/244-3370

*Heber Simmons w/ perm.*
Heber Simmons, #8523
Richard Underwood, #14515
Attorneys for Sarah Griffin, R.N. and
DMC-Memphis, Inc. d/b/a Delta Medical Center
1661 International Place Drive, Suite 400
Memphis, TN 38120
901/818-3133

*W. Bryan Smith w/ perm.*
W. Bryan Smith, #18230
The Cochran Firm
Attorney for Plaintiff
One Commerce Square, Ste. 2600
Memphis, TN 38103
901/523-1222

*Jerry O. Potter w/ perm.*
Jerry O. Potter, #4282
Attorney for Kathy Wessels, R.N.
119 South Main Street, Suite 300
Memphis, TN 38103
901/525-8776

*William H. Haltom w/ perm.*
William H. Haltom, Jr., #6361
Effie V. Bean, #22017
Attorneys for Gregory Eugene Vandeven, M.D.
29th Floor, One Commerce Square
40 South Main Street
Memphis, TN 38103-5529
901/525-8721

## CERTIFICATE OF SERVICE

      I hereby certify that copies of the foregoing have been served by postage pre-paid mail upon:

W. Bryan Smith
The Cochran Firm
2600 One Commerce Square
Memphis, TN 38103

Jerry O. Potter
119 South Main Street, Suite 300
Memphis, TN 38103
Heber Simmons

William H. Haltom, Jr.
Effie V. Bean
29th Floor, One Commerce Square
40 South Main Street
Memphis, TN 38103-5529

Heber Simmons
Richard Underwood
1661 International Place Drive, Suite 400
Memphis, TN 38120

on this the 21st day of December, 2005.

_____
Thomas Pinckney

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Richard D. Underwood
UNDERWOOD LAW FIRM
1661 International Dr.
Ste. 400
Memphis, TN 38120

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Heber S. Simmons
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Thomas M. Pinckney
HOWELL & FISHER, PLLC
300 James Robertson Parkway
Nashville, TN 37201

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT