

FILED BY

DEC 0 2 2005

AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

LUCILLE PITTMAN, by and
through her Next Friend and Attorney-in-Fact,
VIOLA P. SYKES,

    Plaintiff,

v.                    NO.  04-3003-DP
                                JURY DEMANDED

MOHAMAD J. AKBIK, M.D.;
MOHAMAD J. AKBIK, M.D., P.C.;
GREGORY EUGENE VANDEVEN, M.D.;
SARAH GRIFFIN, R.N.;
KAREN FRANKLIN, L.P.N.;
KATHY WESSELS, R.N.; and
DMC-MEMPHIS, INC. d/b/a DELTA MEDICAL CENTER,

    Defendants.

**MOTION GRANTED**
DATE: 12-23-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

---

MOTION TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15

---

COMES NOW the plaintiff, LUCILLE PITTMAN (hereinafter referred to as "Plaintiff"), by and through her Next Friend and Power of Attorney, VIOLA P. SYKES, pursuant to FED. R. CIV. P. 15, and moves this Court for an order allowing her to file and serve the second amended complaint (a copy of which is attached as Exhibit "A" to the Memorandum in Support of Motion to Amend the Complaint Pursuant to FED. R. CIV. P. 15). Plaintiff relies upon the memorandum and Certificate of Consultation filed contemporaneously herewith.

WHEREFORE, pursuant to FED. R. CIV. P. 15, Plaintiff moves the Court for an order allowing her to file and serve the second amended complaint (a copy of which is attached as Exhibit "A" to the Memorandum in Support of Motion to Amend the

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _____



Complaint Pursuant to FED. R. CIV. P. 15); and submits that pursuant to FED. R. CIV. P. 15(c)(1) the second amended complaint should relate back to the original filing date as it is within the applicable statute of limitations.

Respectfully submitted:

THE COCHRAN FIRM – MEMPHIS
One Commerce Square, Suite 2600
Memphis, Tennessee 38103
(901) 523.1222 – telephone
(901) 523.1999 – facsimile

By: _____
W. Bryan Smith (TNBPR No. 18230)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded U.S. Mail postage prepaid to Effie V. Bean, Thomason, Hendrix, Harvey, Johnson & Mitchell, 2900 One Commerce Square, Memphis, TN 38103; Thomas Pinckney, Esq., Howell & Fisher, PLLC, Court Square Building, 300 James Robertson Parkway, Nashville, TN 37201; and Kimberly Shields, Esq., The Hardison Law Firm, 119 So. Main, Suite 300, Memphis, TN 38103, on this the 3rd day of December, 2005.

_____
W. Bryan Smith

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:04-CV-03003 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

W. Bryan Smith
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Heber S. Simmons
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Marcy L. Dodds
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main Street
Memphis, TN 38103

Thomas M. Pinckney
HOWELL & FISHER, PLLC
300 James Robertson Parkway
Nashville, TN 37201

William H. Haltom
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Michael L. Robb
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Richard D. Underwood
UNDERWOOD LAW FIRM
1661 International Dr.
Ste. 400
Memphis, TN 38120

Jerry O. Potter
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT